# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-00210-CFC |
| v. | ) |
| | ) |
| MDC PARTNERS INC., MARK PENN, | ) |
| CHARLENE BARSHEFSKY, WADE | ) |
| OOSTERMAN, ASHA DANIERE, | ) |
| DESIRÉE ROGERS, BRADLEY GROSS, | ) |
| IRWIN D. SIMON, STAGWELL MEDIA | ) |
| LP, NEW MDC LLC, and MIDAS | ) |
| MERGER SUB 1 LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action").  Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 22, 2021

**RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*